NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5032

GRIFFIN BROADBAND COMMUNICATIONS, INC.,
and TOTAL TV OF FORT IRWIN, LLC,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.


Robert K. Steinberg, Law Offices of Robert K. Steinberg, of Los Angeles, California, argued for plaintiffs-appellants.

Joan M. Stentiford, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director.

Appealed from:  United States Court of Federal Claims

Judge Christine O.C. Miller

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5032

GRIFFIN BROADBAND COMMUNICATIONS, INC.,
and TOTAL TV OF FORT IRWIN, LLC,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the　　　United States Court of Federal Claims

in CASE NO(S).　　　　06-CV-898

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

　　Per Curiam (MICHEL, Chief Judge, RADER, and SCHALL, Circuit Judges).

　　　　　AFFIRMED.  See Fed. Cir. R. 36.

　　　　　　　　　ENTERED BY ORDER OF THE COURT

DATED August 12, 2008　　　　/s/ Jan Horbaly
　　　　　　　　Jan Horbaly, Clerk